1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSSUR HOLDINGS, INC. and
GENERATION II, USA, INC.,

                    Plaintiffs,

        v.

BELLACURE, INC., et al.,

                    Defendants.

CASE NO. C05-1552JLR

MINUTE ORDER

        The following minute order is made by the direction of the court, the Honorable

James L. Robart:

        The court has received Plaintiffs' motion to file the declaration of Palmi Einarsson

under seal (Dkt. # 2).  The court GRANTS the motion, subject to later objection from the

Defendants.

        Filed and entered this 13th day of September, 2005.

                                        BRUCE RIFKIN, Clerk

                                                s/Consuelo Ledesma

                                        By
                                                Deputy Clerk

ORDER – 1