UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ÖSSUR HOLDINGS, INC., et al.,

        Plaintiffs,

   v.

BELLACURE, INC., et al.,

        Defendants.

CASE NO. C05-1552JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received Defendants' notice of withdrawal and substitution of counsel (Dkt. # 112). First, Defendants' counsel, Michael Droke, need not file a substitution of counsel as he has already entered his notice of appearance in this matter (Dkt. # 10). Second, Defendants' pleading is improper as it does not comply with Local Rules W.D. Wash. GR 2(f)(4)(A). The court, however, construes the pleading as a motion for leave to withdraw as counsel. The court will consider any objection to the withdrawal filed on or before Monday, April 24, 2006. See Local Rules W.D. Wash 7(d)(2)(E). Counsel are cautioned to follow the Local Rules in the future.

Filed and entered this 20th day of April, 2006.

BRUCE RIFKIN, Clerk

By   s/Mary Duett
      Deputy Clerk

MINUTE ORDER